

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 11/16/2020

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

November 16, 2020

BY ECF

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:  Victoria Guadalupe v. Comm'r of Soc. Sec.
         20 Civ. 4522 (GBD) (RWL)

Dear Judge Lehrburger:

  Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on November 16, 2020. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until January 15, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

            Respectfully,

            AUDREY STRAUSS
            Acting United States Attorney

      By:    s/ *Susan D. Baird*
         SUSAN D. BAIRD
         Assistant United States Attorney
         tel. (212) 637-2713
         Susan.Baird@usdoj.gov

cc: Daniel Berger, Esq.

SO ORDERED:

11/16/2020    /s/
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE