

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

June 30, 2021

BY ECF

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

        Re: <u>Victoria Guadalupe v. Comm'r of Soc. Sec.</u>
           20 Civ. 4522 (GBD) (RWL)

Dear Judge Lehrburger:

      Pursuant to the schedule in the above-referenced Social Security case, the defendant's brief is due July 2, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the defendant's brief be adjourned for two weeks, until July 16, 2021. The reason for this request is to allow sufficient time for preparation of the defendant's papers in light of multiple deadlines in Social Security cases on the docket of the undersigned in the next two weeks. No prior adjournment of the time to file the defendant's brief has been requested in this case. We appreciate the Court's consideration of this request.

                                        Respectfully,

                                        AUDREY STRAUSS
                                        United States Attorney

            By:         <u>s/ *Susan D. Baird*</u>
                      SUSAN D. BAIRD
                      Assistant United States Attorney
                      tel. (212) 637-2713
                      Susan.Baird@usdoj.gov

cc: Daniel Berger, Esq.

SO ORDERED:

6/30/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE