UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTORIA GUADALUPE,

                      Plaintiff,                      20 **CIVIL** 4522 (GBD) (RWL)

       -v-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Decision and Order dated February 17, 2022, Plaintiff's

motion for judgment in the pleadings, (ECF No. 18), is granted. Defendant's cross-motion for

judgment on the pleadings, (ECF No. 22), is denied. This matter is remanded for a new hearing

before a different, properly appointed ALJ.

**Dated:**  New York, New York
         February 17, 2022

                                 **RUBY J. KRAJICK**

                                 _____
                                   **Clerk of Court**

                   **BY:**
                                     **Deputy Clerk**