UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

VICTORIA GUADALUPE,

                Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------- x

ORDER

20 Civ. 4522 (GBD) (RWL)

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is directed to close the open motion at ECF No. 31 as having been resolved by this Court's order at ECF No. 37.

Dated: April 6, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE